HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEGRATED MARINE SYSTEMS, INC.,

    Plaintiff,

    v.

F/V OCEAN EAGLE, *in rem.*, et al.,

    Defendants.

CASE NO. C13-2191RAJ

ORDER

    Plaintiff has moved to arrest the Defendant vessel and to appoint a substitute custodian for the vessel.  Dkt. ## 3, 4.  This District's Local Rules require a party seeking appointment of a substitute custodian to give notice of the motion to the United States Marshal.  Local Rules W.D. Wash. LAR 135(b).  There is no indication that Plaintiff has done so.  In addition, Plaintiff has failed to submit word-processable versions of the proposed orders in support of both motions, as well as his proposed warrant of arrest.

    The court will take no action on either motion until Plaintiff either obtains the Marshal's consent regarding his proposed appointment of a substitute custodian, or withdraws his motion for a substitute custodian.  Plaintiff must also submit proposed orders in accordance with the court's electronic filing procedures.

    DATED this 9th day of December, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1