UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATED MARINE SYSTEMS, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>F/V OCEAN EAGLE, Washington Registration No. WN4606RR, its engines, tackle, rigging, equipment and other appurtenances, *in rem*; and OLE OKSVOLD and ANDREA OKSVOLD, husband and wife, and their marital community, *in personam*,<br><br>　　　　　　　　Defendants. | IN ADMIRALTY<br><br>NO.  2:13-cv-02191<br><br>ORDER DIRECTING CLERK TO ISSUE WARRANT OF ARREST |

　　　　This matter came before the court on Plaintiff's *Ex Parte* Motion for Order Directing Clerk to Issue Warrant of Arrest for the F/V OCEAN EAGLE.  The court has reviewed the Verified Complaint *In Rem* and *In Personam* to Foreclose Maritime Lien, and concludes the Plaintiff has met the conditions for an action *in rem* and has shown cause to arrest the vessel in question.  The court accordingly GRANTS the motion.  Dkt. # 3.

　　　　//
　　　　//
　　　　//

ORDER DIRECTING CLERK TO ISSUE
WARRANT OF ARREST - 1

MUNDT MACGREGOR L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950

1   The court directs the Clerk of the Court to issue a Warrant of Arrest for the
2   defendant vessel, F/V OCEAN EAGLE, Washington Registration No. WN4606RR, its
3   engines, tackle, rigging, equipment and other appurtenances.

4   DATED this 10th day of December, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DIRECTING CLERK TO ISSUE
WARRANT OF ARREST - 2

Mundt MacGregor L.L.P.
ATTORNEYS AT LAW
271 Wyatt Way NE, Ste. 106, Bainbridge Is., WA 98110
Telephone (206) 624-5950